IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOTT FRANKS,

    Plaintiff,

v.

GREGORY J. POTTER and
CYNTHIA E. IDA,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 11-cv-44-bbc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered dismissing plaintiff's complaint for lack of subject matter jurisdiction.

_____
Peter Oppeneer, Clerk of Court

2/10/11
Date